ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KAREN KREUZKAMP (CABN 246151)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7014
FAX: (415) 436-7234
Email: Karen.Kreuzkamp@usdoj.gov

Attorneys for United States of America

FILED
NOV 26 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

ORIGINAL FILED
NOV 26 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1:18mj00199-EPG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR 18-0499 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) **MOTION TO UNSEAL AND [PROPOSED]** |
| | ) **ORDER** |
| GERMAN ALVARADO, | ) |
| Defendant. | ) |

The government moves to unseal the above-captioned case.

DATED: November 26, 2018

Respectfully Submitted,

ALEX G. TSE
United States Attorney

KAREN KREUZKAMP
Assistant United States Attorney

MOTION TO UNSEAL AND [PROPOSED] ORDER
CR 18-0499 RS

## [PROPOSED] ORDER

The Court GRANTS the government's motion and orders this case unsealed.

IT IS SO ORDERED.

DATED: 11/26/18

HON. THOMAS S. HIXSON
United States Magistrate Judge

MOTION TO UNSEAL AND [PROPOSED] ORDER
CR 18-0499 RS